860 A.2d 922

**STATE of Maryland**

v.

**Terrance T. BANKS.**

**No. 35, Sept. Term, 2004.**

Court of Appeals of Maryland.

Nov. 10, 2004.

Steven L. Holcomb, Assistant Attorney General (J. Joseph Curran, Jr., Attorney General of Maryland, Baltimore, MD), on brief, for petitioner.

Amy E. Brennan, Assistant Public Defender (Nancy S. Forster, Public Defender, Baltimore, MD), on brief, for respondent.

ARGUED BEFORE: BELL, C.J., RAKER, WILNER, CATHELL, HARRELL, BATTAGLIA and GREENE, JJ.

PER CURIAM ORDER.

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 10th day of November, 2004,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.